IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.:1: 20-cv-25036-CMA
Civil Action
District Judge:  Cecilia M. Altonaga
Magistrate Judge: Edwin G. Torres

**MANTUA MANUFACTURING COMPANY,**

**Plaintiff,**

v.

**IRIZE MATTRESS, INC., and MOHANAD SALEM JAMIL,**

**Defendants.**
_____/

## JOINT MOTION TO RELEASE AND DISCHARGE THE MONETARY PORTION OF FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 60(b), Plaintiff Mantua Manufacturing Company ("Mantua") and Defendants iRize Mattress, Inc. and Mohanad Salem Jamil (collectively "Defendants"), stipulate and jointly move for the entry of an order releasing and discharging the monetary portion of the Final Judgment entered in this case [ECF No. 22] (the "Final Judgment"). The parties state in support, as follows:

1. This lawsuit was filed on December 10, 2020, whereby Plaintiff alleged that Defendants had infringed Plaintiff's rights in and to the name and trademark RIZE in connection with the unauthorized sale of electrical adjustable bed frames, mattress, and other bedding products.

2. Whereas pursuant to Plaintiff's Motion for Final Default Judgment [ECF No. 19], the Court entered an Order granting said motion [ECF No. 21] and entered the Final Judgment.

3. The Final Judgment enjoined Defendants from, *inter alia*, infringement of Mantua's RIZE trademark and ordered the transfer to Mantua of the domain name www.irizemattress.com (the "Injunctive Relief").

4. The Final Judgment also entered a money judgment against Defendants, ordering the Defendants to pay to Mantua $565,975.50 in statutory damages and attorneys' fees (the "Money Judgment").

5. The parties have since reached a private settlement agreement whereby Mantua has agreed to release discharge the Money Judgment in exchange for the Defendants agreeing to comply with the Injunctive Relief and other terms of the settlement agreement.

6. Accordingly, pursuant to Fed. R. Civ. P. 60(b)(5), the parties stipulate to the release and discharge of the Money Judgment against Defendants and move for an entry of an Order discharging and/or releasing the Money Judgment as to Defendants. The relief sought shall not impact the Injunctive Relief set forth in the Final Judgment, which Injunctive Relief shall be maintained as set forth therein.

WHEREFORE, the parties respectfully request the entry of an order releasing and/or discharging the Money Judgment set forth in the Final Judgment, and for such other relief as the Court may deem necessary.

| | |
|---|---|
| Dated: July 23, 2021 | Respectfully submitted, |
| **BERGER SINGERMAN LLP**<br>*Attorneys for Plaintiff, Mantua Manufacturing Company*<br>350 East Las Olas Boulevard, 10th Floor<br>Fort Lauderdale, Florida 33301<br>Main: (954) 712-5138<br>Facsimile: (954) 523-2872<br><br>By: *s/ Geoffrey Lottenberg*<br>Geoffrey Lottenberg | **EPGD ATTORNEYS AT LAW, P.A.**<br>*Attorneys for Defendants iRize Mattress, Inc. and Mohanad Salem Jamil*<br>777 SW 37th Avenue, Ste. 510<br>Miami, Florida 33135<br>*Telephone ((786) 837-6787*<br>*Facsimile: (305) 718-0687*<br><br>By: *s/ Madelyn P. Peterson*<br>Madelyn Peterson |

| | |
|---|---|
| Florida Bar No. 56240 | Florida Bar No. 1017228 |
| Jeffrey S. Wertman | Oscar A. Gomez |
| Florida Bar No. 3093 | Florida Bar No. 58680 |
| glottenberg@bergersingerman.com | |
| jwertman@bergersingerman.com | |
| drt@bergersingerman.com | |

### CERTIFICATE OF SERVICE

I, Geoffrey Lottenberg, hereby certify that on July 23, 2021, I electronically filed the foregoing by using the CM/ECF system. I also sent a copy to counsel for Defendants via email as indicated above.

By: /s/ *Geoffrey Lottenberg*
Geoffrey Lottenberg